UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTHUR DESHAWN SMITH, ) | |
| Petitioner, ) | No. EDCV 10-566-SJO (RCF) |
| v. ) | JUDGMENT |
| TIMOTHY E. BUSBY, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: June 1, 2012.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE